*Lockett,* for appellants.

*Strawbridge,* for appellees.

---

### ROGERS ET AL. *vs.* JOHNSON ET AL.

APPEAL FROM THE PARISH COURT OF NEW-ORLEANS.

PORTER, J., delivered the opinion of the court.

This case presents the same question with that of *Whitall, Jaudon et al.* vs. *the same defendants.*

It is, therefore, ordered, adjudged, and decreed, that the judgement of the Parish Court be affirmed, with costs.

*Preston,* for appellees.